## GUISEPPINA JULIANO ET AL. *v.* PATRICIA KAPISH ET AL. (6035)

STOUGHTON, NORCOTT and FOTI, Js.

Argued June 1—decision released June 3, 1988

*Daniel V. Presnick,* for the appellants (plaintiffs).
*Louise C. LaMontagne,* for the appellees (defendants).

PER CURIAM. There is no error.

## PAMELA L. WALDRON *v.* FREDERICK C. WALDRON (6195)

O'CONNELL, NORCOTT and FOTI, Js.

Argued June 3—decision released June 10, 1988

*Daniel W. Moger, Jr.,* for the appellant (defendant).
*John D. Paul,* for the appellee (plaintiff).

PER CURIAM. There is no error.